DANIEL G. BOGDEN
United States Attorney
District of Nevada
ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:05-mj-00079-PAL |
| Plaintiff, | RESPONSE TO ORDER TO SHOW CAUSE |
| vs. | |
| ABELARDO RAZON ABAD, | |
| Defendant. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United States Attorney, hereby files it Response to the Order to Show Cause that was filed on January 15, 2014.

This case has been reviewed by the Federal Bureau of Investigation and the Las Vegas Metro Police Department and based upon DNA evidence, the State is prepared to prosecute ABELARDO RAZON ABAD if he is located. They would like him to remain wanted in the NCJIS and NCIC.

/ / /

/ / /

/ / /

/ / /

1 | We are requesting that the Complaint and Arrest Warrant filed on February 4, 2005 not
2 | be dismissed.
3 | Dated this the 29th day of January, 2014.

    Respectfully Submitted,

    DANIEL G. BOGDEN
    United States Attorney

    /s/ERIC JOHNSON
    ERIC JOHNSON
    Assistant United States Attorney

IT IS SO ORDERED this 30th day of January, 2014.

_____
Peggy A. Leen
United States Magistrate Judge